IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL G. WILLIAMS                                                    PLAINTIFF

vs.                            Civil No. 2:15-cv-02233

CAROLYN COLVIN                                                    DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 11th day of October 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE